IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NICHOLAS D. KMOCH,<br><br>    Defendant. | 4:14-CR-3147<br><br>**ORDER** |

IT IS ORDERED that:

1. The plaintiff's unopposed Motion to Continue Sentencing (filing 67) is granted.

2. Defendant Nicholas D. Kmoch's sentencing is continued to October 22, 2015, at 3:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 29th day of September, 2015.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge